UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNIE BODLEY, | ) | CIVIL ACTION NO. 4:20-CV-267 |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| ANDREW SAUL, | ) | |
|     Defendant | ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, Plaintiff's request for award benefits, or in the alternative remand with instructions to conduct a new administrative hearing is DENIED as follows:

(1) The final decision of the Commissioner is AFFIRMED.

(2) Final judgment is issued in favor of the Commissioner of the Social Security Administration.

(3) The Clerk of Court is DIRECTED to CLOSE this case.

Date: January 20, 2021          BY THE COURT

                                                            *s/William I. Arbuckle*
                                                            William I. Arbuckle
                                                            U.S. Magistrate Judge